STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRIYANKA NADIG, *et al.*,<br><br>                Plaintiffs,<br><br>   v.<br><br>UR JADDOU, Director, U.S. Citizenship and Immigration Services,<br><br>                Defendant. | C 5:22-cv-04272 NC<br><br>**PARTIES' STIPULATION TO DISMISS; ORDER** |

      Plaintiffs, by and through their attorney of record, and Defendant, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of the above-entitled action without prejudice given that the United States Citizenship and Immigration Services adjudicated and approved the Plaintiffs' I-485 applications based on Plaintiff Nadig's approved EB-2 I-140 petition.

      Each of the parties shall bear their own costs and fees. In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

///

Stip to Dismiss
C 5:22-cv-04272 NC                       1

1 | Dated: September 30, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendant

Dated: September 30, 2022

 */s/ Bernard P. Wolfdorf*
BERNARD P. WOLFDORF
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation,  IT IS SO ORDERED

Date:   September 30, 2022

NATHAN
United Sta

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stip to Dismiss
C 5:22-cv-04272 NC                                    2